UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIV. 03-4222-KES |
| Plaintiff, | ) ) | |
| VARLA KRYGER, | ) ) | |
| Intervenor, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| MITCHELL TEMPORARY and DAKOTA PORK INDUSTRIES, | ) ) ) | |
| Defendants. | ) | |

Varla Kryger, Mitchell Temporary, and Dakota Pork Industries have stipulated that all claims pending against Dakota Pork Industries and Mitchell Temporary brought by Intervenor Varla Kryger are dismissed. It is hereby

ORDERED that all claims pending against Dakota Pork Industries and Mitchell Temporary brought by Intervenor Varla Kryger are dismissed with prejudice to refile, with each party bearing their own costs.

Dated August 27, 2004.

BY THE COURT:

_Karen E. Schreier_
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE